UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DAMIEN LAMONT GLOVER, | ) | |
| Movant, | ) ) ) | |
| v. | ) ) | CV418-020 CR416-258 |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

# ORDER

Damien Lamont Glover moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. CR416-258, doc. 111. The Court **DIRECTS** the Government to respond within ninety days from the date of this Order. 28 U.S.C. § 2255 Rule 4(b).

**SO ORDERED,** this  4th  day of September, 2018.

_/s/ J.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA